UNITED STATES DISTRICT COURT
for the District of Massachusetts

FILED
IN CLERKS OFFICE
2022 AUG 25  PM 12: 17

UNITED STATES OF AMERICA          )
                                  )
v.                                )   DOCKET NO. 21-CR-10120-WGY
                                  )
FERMIN CASTILLO                   )
                                  )

## MOTION TO DISMISS A~~PPOINTE~~D ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, FERMIN CASTILLO, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓)  Disagreement on strategy;

(✓)  Failure to obtain a bail appeal;

(✓)  Lack of understanding between me and my attorney;

(✓)  Failure to present my best interests;

( )  Other:

I tried numerous times to get in contac with Mr. BENZAN and he wont answer the phone. My Family has been calling him and nothing. I Feel he does not care about my case or is some kind of strategy they using againt me like most of the inmates in this Jail been seating here for years.

Date:  
08-22-22

Respectfully submitted,

Fermin Castillo  08-22-22
, Pro Se

26 Long Pond Road
Plymouth, MA 02360