Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA  02360

Aug. 22, 2022

United States District Court for
the District of Massachusetts
U.S. Courthouse
One Courthouse Way – Suite 2300
Boston, MA  02210

RE:   United States of America v. FERMZN CASTILLO
NO:   21 CR 10120-WGY

Dear Sir/Madam:

Enclosed for action, filing and docketing regarding the above-referenced matter, please find MOTION TO DISMISS ~~APPOINTED~~ ATTORNEY AND TO APPOINT NEW ATTORNEY.

Kindly mark this motion up for hearing at your earliest convenience.

Very truly yours,

_____ 08-22-22
, Pro Se

Enclosure
cc:    U.S. Attorney
       John Benzan, Esq