**Boston Police**
DEPARTMENT

1 SCHROEDER PLAZA | BOSTON, MA 02120

Boston PD

## I# 110485934 - Offense/Incident Report

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Sep 8, 2011 17:06 | C11 | Sep 8, 2011 13:58 |

**REPORTING OFFICER**
JAMES HARTE #093256

**REPORT TAKEN LOCATION**
489 GALLIVAN BL

### NARRATIVE

Original Narrative:
Created: 09/08/2011 17:06:05 By: Migrated, User 93256 (93256)
At about 1:58 PM on Thursday September 8, 2011 Officers Harte and Fancelli in the H202D Unit were outside the Mount Washington Bank located at 489 Gallivan Boulevard in Dorchester when the Boston Police Channel six dispatcher called for the H202D unit to respond to a bank robbery at the Mount Washington Bank located at 489 Gallivan Boulevard . Officers exited the patrol wagon and approached the front door of the bank where they observed Ferman Castillo inside the Automated Teller Machine vestibule struggling with the bank robbery suspect. Officers with firearms drawn ordered the suspect to the floor where he was placed in handcuffs. Officers observed money spread around on the floor in the bank's Automated Teller Machine vestibule. Additional units then arrived at the bank, they include Sergeant J. Miller the VK902, Officers Lawless and Abasciano in the H104D Unit, Sergeant Taxter the H912, Officer Gillis the TE506, Detective Carroll the H812 and Sergeant Detective Riley the H982, Officer Mcneil the H432D, Officer Kelley in the H411D Unit, Officer Brown VD110, Sergeant Terestre the V961.

Officer Harte spoke to Claudia Escalante the bank teller who was robbed. She stated that she saw the suspect when he walked into the bank and immediately recognized him as the person who robbed her last week (September 1, 2011 CC # 110472990). She stated that she immediately activated the panic alarm. She stated that the suspect, (later identified as Kevin Rosher date of birth April 11, 1981) showed her a note written on white lined paper that stated ""100's 50s 20s no dye pack"" Escalante stated that she gave him the fifties and told him she had no hundreds. She stated that she gave him twenties and he stated to give him more twenties, she told him the other twenties were the dye pack. She stated that the suspect then told her to give him the tens and fives.

Officer Harte then spoke to Ferman Castillo who was using the coin machine that is located near Escalante's teller window. He stated that he saw the suspect walk in the bank with his hood up. He stated that he saw the suspect at the teller window and that he saw him shaking. He stated that he knew the bank was being robbed and when the suspect started to leave the bank he followed him to stop him. Castillo stated that he struggled with the suspect and that he pulled his pocket knife on the suspect until officers arrived. Castillo stated that the suspect yelled that he had a bomb.

Officer Harte spoke to Theresa Menelly, a teller who was helping Castillo with the coin machine. She stated that Castillo told her the bank was being robbed and she went and told Diane McBride.

Officer Harte spoke to Diane McBride the bank manager. She stated that she saw the suspect walking into the bank from the window in her corner office. She stated that she did not recognize the suspect from the robbery last week.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| JAMES HARTE #093256   Sep 8, 2011 13:58 (e-signature) | Data Migration   Sep 8, 2011 17:14 (e-signature) |
| PRINT NAME | PRINT NAME |
| JAMES HARTE #093256 | Data Migration |

**Boston PD**
Mark43 RMS Form v2.0 generated by K. SCANO #135936 on Sep 27, 2023 15:54.
Imported Report.

Pg 1 of 4

She stated that she heard the commotion and was told by Theresa Meneely that the bank was being robbed.

Officer Harte then spoke to Allison Aupperee who is another bank teller. She stated that she was inn the break room on lunch when she heard screaming. She stated that she heard the suspect screaming ""I've got a bomb strapped to me, you don't have to be a hero. Why you doing this?""

Officer Harte then spoke to Elizabeth Smith the bank's Assistant Manager. She stated she heard the commotion and the suspect yelling ""get off of me, I have a bomb"". She stated that she called 911.

Officer McNeil spoke to Jim and Anne Walsh who were in the parking lot of the bank. They stated that the did not see the robbery or struggle between the suspect and Castillo and the officers arresting the suspect.

Detective Carroll photographed the scene.

Boston Police Detective Sharon Dottin the VD12, FBI agent Jeff Rolands the V16, John Oliveria the V8 from the Somerville Police Department and Mike Gracia the V25 of the Massachusetts State Police all of the Bank Robbery Task Force also responded.

John Oliveria recovered a large amount of money from Rosher's sweatshirt pocket.

Officers Harte and Fancelli in the H202D Unit transported Kevin Rosher, the suspect, to District C11 and charged him with Armed Bank Robbery and False Bomb Threat. Rosher also had an outstanding arrest warrant issued out of South Boston District Court which cleared under CC# 11470505.

Detective Dottin in a separate report additionally charged Rosher with the earlier robbery on Thursday September 1, 2011 CC# 110472990.

Original Narrative:
Name(s):
ALLISON AUPPEREE
Involvement: Witness
Phone(s): 617-268-0379 (h)
Address 1: 489 GALLIVAN BL, DORCHESTER, MA 02124-0000
ANNE WALSH
Involvement: Witness
DOB: 10/17/1958
Phone(s): 617-436-6562 (h)
Address 1: 34 GRAYSON ST, Unit: 1, DORCHESTER, MA 02124-0000
CLAUDIA ESCALANTE
Involvement: Reporter
Phone(s): 857-524-1032 (h)

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| JAMES HARTE #093256   Sep 8, 2011 13:58 (e-signature) | Data Migration   Sep 8, 2011 17:14 (e-signature) |
| PRINT NAME | PRINT NAME |
| JAMES HARTE #093256 | Data Migration |

Boston PD

Mark43 RMS Form v2.0 generated by K. SCANO #135936 on Sep 27, 2023 15:54.
Imported Report.

Pg 2 of 4

Address 1: 489 GALLIVAN BL, DORCHESTER, MA 02124-0000
CLAUDIA ESCALANTE
Involvement: Victim
DOB: 04/26/1986
Phone(s): 857-524-1032 (h)
Address 1: 489 GALLIVAN BL, DORCHESTER, MA 02124-0000
DIANNE MCBRIDE
Involvement: Witness
Phone(s): 617-268-0379 (h)
Address 1: 489 GALLIVAN BL, DORCHESTER, MA 02124-0000
ELIZABETH SMITH
Involvement: Witness
Address 1: 489 GALLIVAN BL, DORCHESTER, MA 02124-0000
FERMAN CASTILLO
Involvement: Witness
DOB: 04/14/1980
Phone(s): 617-436-7267 (h)
Address 1: 1 LORNE ST, DORCHESTER, MA 02124-0000
JIM WALSH
Involvement: Witness
DOB: 08/15/1958
Phone(s): 617-436-6562 (h)
Address 1: 34 GRAYSON ST., Unit: 1, DORCHESTER, MA 02122-4000
KEVIN FRANCIS ROSHER
Involvement: Suspect
DOB: 04/11/1981
SSN: 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
Address 1: 54 F ST, Unit: 2, S BOSTON, MA 02127
Driver's License (st): S83682776 (MA)
MOUNT WASHINGTON BANK
Involvement: Victim
Phone(s): 617-268-0379 (h)
Address 1: 489 GALLIVAN BL, DORCHESTER, MA 02124-0000
THERESA MENEELY
Involvement: Witness
Phone(s): 617-268-0379 (h)
Address 1: 489 GALLIVAN BL, DORCHESTER, MA 02124-0000

## OFFENSE-1

OFFENSE CODE

Migrated Report - Robbery

*OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION

489 GALLIVAN BL

| COUNTRY CODE | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 |
|---|---|
| US | C11 |

## OFFENSE-1

OFFENSE CODE

Migrated Report - Robbery

*OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION

489 GALLIVAN BL

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| JAMES HARTE #093256  Sep 8, 2011 13:58 (e-signature) | Data Migration  Sep 8, 2011 17:14 (e-signature) |
| PRINT NAME | PRINT NAME |
| JAMES HARTE #093256 | Data Migration |

| COUNTRY CODE | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 |
|---|---|
| US | C11 |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| JAMES HARTE #093256   Sep 8, 2011 13:58 (e-signature) | Data Migration   Sep 8, 2011 17:14 (e-signature) |
| PRINT NAME | PRINT NAME |
| JAMES HARTE #093256 | Data Migration |